UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| D-B CARTAGE, INC., a registered corporation, in the name of its employee, SEAN HAYNES, <br><br> Plaintiff, <br> vs. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | ) ) ) ) ) Case No. 22-cv-2043 ) ) ) ) ) ) ) |

## COMPLAINT AT LAW

Plaintiff, D-B CARTAGE, INC., (" D-B CARTAGE"), in the name of its employee, Sean Haynes, by its attorneys, JAMES KELLY LAW FIRM, PC, with its lead counsel James M. Kelly, and for their Complaint against Defendant, UNITED STATES OF AMERICA states:

### JURISDICTION

1. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. 2671 *et. seq.* 28 U.S.C. 1331 and 28 U.S.C. 1346(b).

2. On June 25, 2021, an Administrative Claim for this claim set forth below was submitted to the United States Postal Service ("USPS").

3. Six months having elapsed since presentation of the Administrative Claim without any response by the USPS, all conditions precedent to filing suit pursuant to the Federal Tort Claims Act have been met.

### VENUE

4. Venue is proper in this District under 28 U.S.C. 1402(b) as D-B CARTAGE's principal place of business is in this District and the acts complained of occurred in this District.

## PARTIES

5. Plaintiff, D-B CARTAGE, is a registered corporation, registered with the Illinois Secretary of State, with a principal place of business in Bedford Park, Illinois.

6. Defendant, UNITED STATES OF AMERICA, is a proper defendant pursuant to the Federal Tort Claims Act.

## FACTS

7. D-B CARTAGE had a contract with the USPS to transport mail.

8. On June 27, 2019, Sean Haynes, an employee of D-B CARTGAGE, in the course of his employment parked his truck at the loading dock of the USPS Facility located at 6801 W. 73rd Street, Bedford Park, Illinois (the Facility).

9. Mr. Haynes was lawfully on the premises of the USPS.

10. When parked at the Facility there was a gap between the loading dock and the back door of the truck operated by Mr. Haynes.

11. The gap was bridged by a dock plate, which was extended or retracted by a mechanical device.

12. The dock plate was either improperly retracted or was in some way defective. Consequently, there was a gap between Mr. Haynes' truck and the loading dock.

13. When Mr. Haynes returned to his truck to lock the rear door of the truck, Mr. Haynes fell into a gap between the loading dock and his truck that had been previously bridged by the dock plate.

14. As a result of the fall Mr. Haynes suffered significant injuries.

## COUNT I – NEGLIGENCE/PREMISES LIABILITY
### (DEFECTIVE CONDITION OF DOCK PLATE)

15. D-B CARTAGE incorporates and re-alleges paragraphs 1–14 as fully set forth herein.

16. As owner and/or operator of the USPS Facility at 6801 W. 73rd Street, Bedford Park, Illinois the USPS had a duty to exercise ordinary care to see that the property was reasonably safe for the use of those lawfully on the property.

17. Mr. Sean Haynes was lawfully on the premises at the Facility.

18. The USPS breached its duty of ordinary care by not maintaining the premises at the Facility in a reasonably safe manner, in that it provided a defective dock plate to bridge the gap between the truck operated by Mr. Haynes and the loading dock.

19. The USPS knew or in the exercise of reasonable care should have discovered the defective condition of the dock plate and that the defective condition presented an unreasonable risk of harm to Mr. Haynes.

20. The USPS should have expected that Mr. Haynes would not discover or realize the danger presented by the defective dock plate.

21. As a direct and proximate cause of the USPS's negligence Sean Haynes suffered injuries on the premises at 6801 W. 73rd Street, Bedford Park, IL.

22. Mr. Haynes damages includes pain and suffering, medical bills, lost work time and loss of normal life.

23. Under Section 5(b) of the Illinois Workers' Compensation Act, D-B CARTAGE has a statutory right to pursue in its own name, the recovery of damages on account of the

injuries suffered by its employee, Sean Haynes, as a result of the aforementioned accident and for recovery of D-B CATARGE's Workers' Compensation payments.

24. Plaintiff, D-B CARTAGE, prays for judgment in its favor and against Defendant, UNITED STATES OF AMERICA, in an amount of $66,000.00 (Sixty-six Thousand Dollars), plus costs of this suit, and for such further relief as this Court deems proper, equitable and just.

## COUNT II – NEGLIGENCE/PREMISES LIABILITY
## (IMPROPER RETRACTION OF DOCK PLATE)

25. D-B CARTAGE incorporates and re-alleges paragraphs 1–24 as fully set forth

26. As owner and/or operator of the USPS Facility at 6801 W. 73rd Street, Bedford Park, Illinois the USPS had a duty to exercise ordinary care to see that the property was reasonably safe for the use of those lawfully on the property.

27. Mr. Sean Haynes was lawfully on the premises at the Facility.

28. The USPS breached its duty of ordinary care by not maintaining the premises at the Facility in a reasonably safe manner, in that the dock plate to bridge the gap between the truck operated by Mr. Haynes and the loading dock was improperly retracted before Mr. Haynes truck had departed the loading dock thus creating an unsafe condition.

29. The USPS knew or in the exercise of reasonable care should have discovered that the dock plate had been improperly retracted and that this presented an unreasonable risk of harm to Mr. Haynes.

30. The USPS should have expected that Mr. Haynes would not discover or realize the danger presented by the improperly retracted dock plate.

31. As a direct and proximate cause of the USPS's negligence Sean Haynes suffered injuries on the premises at 6801 W. 73rd Street, Bedford Park, Illinois.

32. Mr. Haynes damages includes pain and suffering, medical bills, lost work time and loss of a normal life.

33. Under Section 5(b) of the Illinois Workers' Compensation Act, D-B CARTAGE has a statutory right to pursue in its own name, the recovery of damages on account of the injuries suffered by its employee, Sean Haynes as a result of the aforementioned accident and for recovery of D-B CARTAGE's Workers' Compensation payments.

34. Plaintiff, D-B CARTAGE, prays for judgment in its favor and against Defendant, UNITED STATES OF AMERICA, in an amount of $66,000.00 (Sixty-six Thousand Dollars), plus costs of this suit, and for such further relief as this Court deems proper, equitable and just.

**COUNT III – NEGLIGENCE/PREMISES LIABILITY**
**(FAILURE TO DISCOVER AND CORRECT NEGLIGENT DESIGN OF DOCK PLATE)**

35. D-B CARTAGE incorporates and re-alleges paragraphs 1–34 as fully set forth

36. As owner and/or operator of the USPS Facility at 6801 W. 73rd Street, Bedford Park, Illinois the USPS had a duty to exercise ordinary care to see that the property was reasonably safe for the use of those lawfully on the property.

37. Mr. Sean Haynes was lawfully on the premises at the Facility.

38. The USPS breached its duty of ordinary care by not maintaining the premises at the Facility in a reasonably safe manner, in that the USPS failed to discover and correct that the dock plate to bridge the gap between the truck operated by Mr. Haynes and the loading dock was negligently designed in that the dock plate could be retracted before Mr. Haynes truck had departed the loading dock thus creating an unsafe condition.

39. The USPS knew or in the exercise of reasonable care should have discovered that the dock plate was negligently designed and could be improperly retracted and that this presented an unreasonable risk of harm to Mr. Haynes.

40. The USPS should have expected that Mr. Haynes would not discover or realize the danger presented by the negligently designed dock plate.

41. As a direct and proximate cause of the USPS's negligence Sean Haynes suffered injuries on the premises at 6801 W. 73rd Street, Bedford Park, Illinois.

42. Mr. Haynes damages includes pain and suffering, medical bills, lost work time and loss of a normal life.

43. Under Section 5(b) of the Illinois Workers' Compensation Act, D-B CARTAGE has a statutory right to pursue in its own name, the recovery of damages on account of the injuries suffered by its employee, Sean Haynes as a result of the aforementioned accident and for recovery of D-B CARTAGE's Workers' Compensation payments.

44. Plaintiff, D-B CARTAGE, prays for judgment in its favor and against Defendant, UNITED STATES OF AMERICA, in an amount of $66,000.00 (Sixty-six Thousand Dollars), plus costs of this suit, and for such further relief as this Court deems proper, equitable and just.

### COUNT IV – NEGLIGENCE/PREMISES LIABILITY
### (FAILURE TO WARN OF DEFECTIVE DOCK PLATE)

45. D-B CARTAGE incorporates and re-alleges paragraphs 1- 44 as fully set forth herein.

46 As owner and/or operator of the USPS Facility at 6801 W. 73rd Street, Bedford Park, Illinois the USPS had a duty to warn individuals lawfully on the property of dangerous conditions of which it was aware on the property.

47. Prior to the accident suffered by Mr. Haynes, the USPS was aware or should have been aware that the dock plate bridging the gap between the truck operated by Mr. Haynes and the loading dock was defective and /or negligently designed.

48. The USPS should have expected that Mr. Haynes would not discover or realize the danger presented by the defective dock plate.

49. The USPS breached its duty to Mr. Haynes by failing to warn him of the defective condition.

50. As a direct and proximate cause of the USPS's negligence Sean Haynes suffered injuries on the premises at 6801 W. 73rd Street, Bedford Park, Illinois.

51. Mr. Haynes damages includes pain and suffering, medical bills, lost work time and loss of a normal life.

52. Under Section 5(b) of the Illinois Workers' Compensation Act, D-B CARTAGE has a statutory right to pursue in its own name, the recovery of damages on account of the injuries suffered by its employee, Sean Haynes as a result of the aforementioned accident and for recovery of D-B CARTAGE's Workers' Compensation payments.

53. Plaintiff, D-B CARTAGE, prays for judgment in its favor and against Defendant, UNITED STATES OF AMERICA, in an amount of $66,000.00 (Sixty-six Thousand Dollars), plus costs of this suit, and for such further relief as this Court deems proper, equitable and just.

### COUNT V- NEGLIGENCE/PREMISES LIABILITY
### (FAILURE TO WARN THAT DOCK PLATE HAD BEEN RETRACTED)

54. D-B CARTAGE incorporates and re-alleges paragraphs 1-53 as fully set forth herein.

55. As owner and/or operator of the USPS Facility at 6801 W. 73 Street, Bedford Park, Illinois the USPS had a duty to warn individuals lawfully on the property of dangerous conditions of which it was aware on the property.

56. Prior to the accident suffered by Mr. Haynes, the USPS was aware or should have been aware that the dock plate bridging the gap between the truck operated by Mr. Haynes and

the loading dock had been improperly retracted before Mr. Haynes' truck departed the loading dock.

57. The USPS should have expected that Mr. Haynes would not discover or realize the danger presented by the retracted dock plate.

58. The USPS breached its duty its duty to Mr. Haynes by failing to warn him of the unreasonable risk of injury by the retraction of the dock plate before Mr. Haynes truck had departed the loading dock.

59. As a direct and proximate cause of the USPS's negligence Sean Haynes suffered injuries on the premises at 6801 W. 73rd Street, Bedford Park, Illinois.

60. Mr. Haynes damages includes pain and suffering, medical bills, lost work time and loss of a normal life.

61. Under Section 5(b) of the Illinois Workers' Compensation Act, D-B CARTAGE has a statutory right to pursue in its own name, the recovery of damages on account of the injuries suffered by its employee, Sean Haynes as a result of the aforementioned accident and for recovery of D-B CARTAGE's Workers' Compensation payments.

62. Plaintiff, D-B CARTAGE, prays for judgment in its favor and against Defendant, UNITED STATES OF AMERICA, in an amount of $66,000.00 (Sixty-six Thousand Dollars), plus costs of this suit, and for such further relief as this Court deems proper, equitable and just.

**COUNT VI – NEGLIGENCE**
**(FAILURE TO PROVIDE PROPER TRAINING)**

63. D-B CARTAGE incorporates and re-alleges paragraphs 1–62 as fully set forth

64. As owner and/or operator of the USPS Facility at 6801 W. 73rd Street, Bedford Park, Illinois the USPS had a duty to exercise ordinary care to see that its employees and contractors were properly trained in the use of equipment on its premises.

65. Mr. Sean Haynes was lawfully on the premises at the Facility.

66. The USPS breached its duty of ordinary care by not ensuring that its employees and contractors were properly trained in the use of the dock plate to bridge the gap between the truck operated by Mr. Haynes and the loading dock so that the dock plate would not be retracted before Mr. Haynes truck had departed the loading dock thus creating an unsafe condition.

67. The USPS knew or in the exercise of reasonable care should have known that failure to provide proper training could cause the dock plate to be improperly retracted and that this presented an unreasonable risk of harm to Mr. Haynes.

68. The USPS should have expected that Mr. Haynes would not discover or realize the danger presented by the improperly retracted dock plate.

69. As a direct and proximate cause of the USPS's negligence Sean Haynes suffered injuries on the premises at 6801 W. 73rd Street, Bedford Park, Illinois.

70. Mr. Haynes damages includes pain and suffering, medical bills, lost work time and loss of a normal life.

71. Under Section 5(b) of the Illinois Workers' Compensation Act, D-B CARTAGE has a statutory right to pursue in its own name, the recovery of damages on account of the injuries suffered by its employee, Sean Haynes as a result of the aforementioned accident and for recovery of D-B CARTAGE's Workers' Compensation payments.

72. Plaintiff, D-B CARTAGE, prays for judgment in its favor and against Defendant, UNITED STATES OF AMERICA, in an amount of $66,000.00 (Sixty-six Thousand Dollars), plus costs of this suit, and for such further relief as this Court deems proper, equitable and just.

                                                    D-B CARTAGE a registered corporation, in the name of its employee, SEAN HAYNES, Plaintiff

                                                    By:_____
                                                          James M. Kelly

James M. Kelly (ARDC# 6238519)
Jason W. Jording (ARDC # 6309358)
Jay L. Cohen (NY BAR# 1793074)
JAMES KELLY LAW FIRM, PC
7817 N. Knoxville Avenue
Peoria, IL 61614
T:  (309) 679-0900
F:  (309) 679-0919
jim@jameskellylawfirm.com
*Attorneys for Plaintiff*